FILED
CLERK, U.S. DISTRICT COURT

DEC 1 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:25-mj-07746 |
|---|---|
| Plaintiff, | **ORDER OF DETENTION** |
| v. | |
| BISHOP LOTT, | |
| Defendant. | |

On December 12, 2025, Defendant Bishop Lott made his initial appearance in this district on the Indictment filed in the District of Montana.

Defendant submitted on the detention recommendation in the Pretrial Services Report.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court finds that no condition or combination of conditions will reasonably assure:

&boxtimes; the appearance of the Defendant as required.

&boxtimes; the safety of any person or the community.

The Court has considered the following:

(a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(b) the weight of evidence against the Defendant;

(c) Defendant's history and characteristics; and

(d) the nature and seriousness of the danger to any person or the community.

*See* 18 U.S.C. § 3142(g)  The Court also considered Pretrial Services Report and its recommendation.

The Court bases its conclusions on the following:

As to risk of non-appearance:

&boxtimes; Unknown recent background, as Defendant declined to interview with Pretrial Services.

&boxtimes; No identified ties to this district or the charging district and no identified bail resources.

&boxtimes; Records indicate Defendant has three aliases and four birthdates.

&boxtimes; Prior charges of false identification to peace officers and fugitive from justice.

As to danger to the community:

☒ Multiple prior convictions.

☒ Prior charges for battery.

It is therefore ORDERED that Defendant Bishop Lott be detained until trial and be transported to the United States District Court for the District of Montana for further proceedings, including the January 20, 2026 trial.

**Both government counsel and counsel for the Defendant are directed to follow up with government counsel in the charging district regarding the Defendant's next scheduled appearance, and the status of the Defendant's transportation to, and arrival in, the charging district for the appearance.**

The Defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined will deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. *See* 18 U.S.C. § 3142(i).

Dated: December 12, 2025

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE